# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| RUTH M. CLAYTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. _____ |
| v. | § | |
| | § | |
| WATTS WATER TECHNOLOGIES | § | |
| | § | |
| Defendant. | § | |

## INDEX OF STATE COURT FILE

| TAB | FILED | DOCUMENT |
|---|---|---|
| C-1 | 07/11/13 | Civil Case Information sheet |
| C-2 | 07/11/13 | Citation issued to Watts Water Technologies |
| C-3 | 07/11/13 | Plaintiff's Original Petition |
| C-4 | 07/11/13 | ABC Legal's correspondence to Dallas County District Clerk requesting citation be issued to Watts Water Technologies |
| C-5 | 07/22/13 | Notice of Initial Dismissal Hearing |
| C-6 | 07/22/13 | Notice of Initial Dismissal Hearing (duplicate copy) |
| C-7 | 07/22/13 | Notice of Initial Dismissal Hearing (duplicate copy) |
| C-8 | 09/26/13 | Return of Service (with Affidavit) for the service on Watts Water Technologies |
| C-9 | 10/04/13 | Defendant Watts Water Technologies, Inc's Original Answer |
| C-10 | 10/04/13 | Gina Viccinelli's correspondence to Dallas County District Clerk filing Defendant Watts Water Technologies, Inc's Original Answer |

# EXHIBIT B

# CASE SUMMARY
## CASE NO. DC-13-07666

| | | | |
|---|---|---|---|
| **RUTH CLAYTON** | § | Location: | **193rd District Court** |
| vs. | § | Judicial Officer: | **GINSBERG, CARL** |
| **WATTS WATER TECHNOLOGIES** | § | Filed on: | 07/11/2013 |
| | § | | |

---

### CASE INFORMATION

Case Type: **MOTOR VEHICLE ACCIDENT**

Case Flags: **DISCOVERY LEVEL 1**

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **PLAINTIFF** | **CLAYTON, RUTH M** | **HOOD, DONALD E** |
| | | *Retained* |
| | | 214-691-7760(W) |
| **DEFENDANT** | **WATTS WATER TECHNOLOGIES** | **VICCINELLI, GINA** |
| | *SERVING ITS PRESIDENT SRINIVAS K BAGPALLI* | *Retained* |
| | *815 CHESTNUT DRIVE ESSEX COUNTY MASSACHUSETTS 01845* | 214-749-6544(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 02/06/2007 | ORDER - LIMINE | *Vol./Book 531L, Page 00118, 5 pages* |
| 07/11/2013 | ORIGINAL PETITION (OCA) | |
| 07/11/2013 | ISSUE CITATION | |
| 07/11/2013 | CASE FILING COVER SHEET | |
| 07/22/2013 | NOTICE OF HEARING / FIAT<br>*DISMISSAL HEARING* | |
| 10/04/2013 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT WATTS WATER TECHNOLOGIES | |
| 10/07/2013 | SCHEDULING ORDER | *Vol./Book 531L, Page 00119, 5 pages* |
| 10/08/2013 | ORDER - MEDIATION | *Vol./Book 531L, Page 00120, 5 pages* |
| 10/31/2013 | *CANCELED* **DISMISSAL FOR WANT OF PROSECUTION** (1:30 PM) **(Judicial Officer: GINSBERG, CARL)**<br>*BY COURT ADMINISTRATOR*<br>*INITIAL DISMISSAL* | |
| 04/15/2014 | **Non Jury Trial** (9:30 AM) (Judicial Officer: GINSBERG, CARL) | |

---

| DATE | FINANCIAL INFORMATION | |
|---|---|---|

| | | |
|---|---|---|
| **PLAINTIFF** CLAYTON, RUTH M | | |
| Total Charges | | 260.00 |
| Total Payments and Credits | | 260.00 |
| **Balance Due as of 10/9/2013** | | **0.00** |

*Printed on 10/09/2013 at 2:20 PM*

# EXHIBIT C-1



# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* DC-13-07666   COURT *(FOR CLERK USE ONLY):* _____

STYLED <u>Ruth Clayton vs. Watts Water Technologies</u>
        *(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>Dickman Law Offices, PLLC | Email:<br>dan@dickmanlawoffices.com<br><br>Telephone:<br>214-691-7760 | Plaintiff(s)/Petitioner(s):<br><br>**Ruth Clayton** | ☒Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| Address:<br>6440 N. Central Expwy<br>Ste 200<br>City/State/Zip:<br>Dallas, TX 75206 | Fax:<br>214-691-7767 | Defendant(s)/Respondent(s):<br><br>**Watts Water Technologies** | Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br>*Daniel J. Petas* | State Bar No:<br>24057719 | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other |
| *Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Other Professional<br>  Liability:<br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>  List Product:<br><br>☐Other Injury or Damage: | **Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: | **Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Other Family Law**<br>☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: | **Parent-Child Relationship**<br>☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

## 4. Indicate damages sought (do not select if it is a family law case):

☒Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13

# EXHIBIT C-2

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

**WATTS WATER TECHNOLOGIES**
SERVING ITS PRESIDENT SRINIVAS K BAGPALLI
815 CHESTNUT DRIVE ESSEX COUNTY MASSACHUSETTS 01845

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **193rd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RUTH M CLAYTON**

Filed in said Court **11th day of July, 2013** against

**WATTS WATER TECHNOLOGIES**

For Suit, said suit being numbered **DC-13-07666**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 15th day of July, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
        ANITA FREENEY

---

## ATTY

## CITATION

### DC-13-07666

**RUTH M CLAYTON**
vs.
**WATTS WATER TECHNOLOGIES**

ISSUED THIS
**15th day of July, 2013**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ANITA FREENEY, Deputy

**Attorney for Plaintiff**
DONALD E HOOD
6440 N CENTRAL EXPRESSWAY
SUITE 200
DALLAS TX 75206
214-691-7760



FEES NOT PAID

FEES PAID

# OFFICER'S RETURN

Case No. : DC-13-07666

Court No.193rd District Court

Style: RUTH M CLAYTON

vs.

WATTS WATER TECHNOLOGIES

Came to hand on the _____ day of _____, 20___, at _____ o'clock _____.M. on the _____ day of _____, 20___ _____, by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| For mileage | $ _____ | of _____ County. |
| For Notary | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20___

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

# EXHIBIT C-3

ORIGINAL

No. DC-13-07666

| | | |
|---|---|---|
| Ruth M Clayton | § | IN THE DISTRICT COURT |
|    Plaintiff | § | |
| | § | |
| vs. | § | JUDICIAL DISTRICT |
| | § | |
| Watts Water Technologies | § | |
|    Defendant | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW, Ruth M Clayton (hereinafter "Plaintiff") complaining of Watts Water Technologies (hereinafter "Defendant") to this Court as follows:

### I. DISCOVERY CONTROL PLAN

   Plaintiff intends for discovery to be conducted under Level 1 of the Texas Rules of Civil Procedure.

### II. PARTIES

   Plaintiff is an individual and Texas resident. Defendant Watts Water Technologies is a foreign corporation duly formed and existing under the laws of the State of Massachusetts. Defendant has obtained a certificate of authority, and is duly authorized to transact business in the State of Texas, and may be served with citation in this action by serving Srinivas K Bagpalli, president, at 815 Chestnut Drive, North Andover, Essex County, Massachusetts 01845.

### III. FACTS & NEGLIGENCE

   Defendant is engaged in the business of manufacturing plumbing and water delivery/supply parts. Sometime in 2004, the plaintiff purchased a hot water heater that had components which were manufactured by the defendant. This unit has a model number of S-202 and a serial number of 66113318.

   On or about 01/26/2012, the hot water heater which was manufactured by the defendant had a manufacturing defect in a water heater connector hose which failed. Expert reports from professional engineer John E. Scates conducted on 3/22/2012, determined that the water heater hose failed due to a rupture within the inner tubing, which was due to insufficient selection of material from which the hose was comprised of. This insufficient tubing material allowed for the accumulation of particulate matter which compromised the structural integrity of the hose.

   The poor workmanship in the manufacturing of the hot water heater components caused the unit to fail, which in turn caused a water leak and damages to the plaintiff's home. Plaintiff is informed and believes, and therefore alleges, that the water leak and damages caused thereby were a proximate result the poor workmanship of the defendant or the defendant's employee. As a result of the poor workmanship, Plaintiff's home has suffered substantial damages to his property in an amount within the jurisdictional limits of the court.

## IV. REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are requested to disclose, within 50 days of service of this request, the information or material described in Rule 194.2 of the Texas Rules of Civil Procedure.

**FOR THE COURTS EYES ONLY**: State Farm Lloyds would show that it is interested in the subject matter of this suit by reason of the fact that on or about the various dates of the losses alleged herein, and at all times material to this cause of action, it had in full force and effect a policy of insurance issued to Plaintiff and which policy was duly endorsed and provided for physical damage caused by water or other loss for the contents of Plaintiff's home for damages in excess of the deductible amount stated in the declarations thereto.

As a result of the negligence of Defendants, as described herein, State Farm Lloyds was called upon to pay and did pay the damages to the building and contents of the premise of Plaintiff's home in an amount within the jurisdictional limits of this court. State Farm Lloyds is subrogated under the terms of the policy all amounts paid over $1,542.00.

## IV. DAMAGES

As a result of the accident described herein Plaintiff's home and the contents thereof were damaged in the amount of $119,308.19. Plaintiff affirmatively alleges a cause of action and prays for judgment against Defendant.

## V. PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that upon legal trial or hearing of this cause judgment be rendered for Plaintiff as prayed for, and that Plaintiff be allowed to recover from Defendant $119,308.19 for property damages; for pre-judgment interest from the date of the accident to the time of trial; for post-judgment interest as allowed by law; and for such other and further relief, both general and special, at law or in equity, to which Plaintiff may show itself justly entitled.

The undersigned certifies compliance with Rule 21 and Rule 21(a), Texas Rules of Civil Procedure on June 28, 2013.

Respectfully submitted,
DICKMAN LAW OFFICES, PLLC

Daniel J. Peters, SBN: 24057719
Jessica R. Lobes, SBN: 24083405
Donald E. Hood, SBN: 09941040
Dale A. Dickman, SBN: 00793619
6440 North Central Expressway, Suite 200
Dallas, Texas 75206
Attorney for Plaintiff
Office: 214.691.7760/Fax: 214.691.7767

# EXHIBIT C-4



In re: WATTS WATER TECHNOLOGIES
7776-**192**

633 Yesler Way, Seattle, WA 98104
Phone: 206-521-9000 Fax: 206-625-9247

**ORIGINAL PETITION – CIVIL CASE
DISTRICT COURT**

Clerk of the District Court
Dallas County, Texas
600 Commerce Street, 1st Floor - Suite 103
Dallas, TX 75202

*DC 13-07666   193rd*

RE:   RUTH M CLAYTON vs. WATTS WATER TECHNOLOGIES; Clerk of the District Court of Dallas County, Texas

Dear Sir or Madam:

Enclosed please find the following documents:
- Cover letter
- Original Petition (Original plus copies)
- Firm Check(s) for

Instructions:
- Please file the Original Petition (Damages Sought: )
- Please issue a separate Citation for each defendant for service by a private process server.

  The Citation(s) should be issued to:

WATTS WATER TECHNOLOGIES
815 CHESTNUT DR
NORTH ANDOVER, MA 01845

- Please return this coversheet, the original Citation, and a filed-stamped copy of the Original Petition to ABC Legal by:

  ☐  Mail, using the enclosed pre-addressed and pre-paid return envelope

  ☐  Holding for ABC Legal courier pick up

Thank you in advance for your assistance!
**ABC Legal Services**

> ** Please do not throw me away **
> Return this page with the citation and petition
> This barcode is very important to us



In re: WATTS WATER TECHNOLOGIES

7776-**192**

# EXHIBIT C-5



## DC-13-07666

| | |
|---|---|
| **RUTH CLAYTON**<br>vs.<br>**WATTS WATER TECHNOLOGIES** | **IN THE DISTRICT COURT**<br>**193ᴿᴰ JUDICIAL DISTRICT**<br>**DALLAS COUNTY TEXAS** |

### NOTICE OF INITIAL DISMISSAL HEARING

Counsel or Pro Se Plaintiff:

This case is set for a hearing on the Initial Dismissal Docket, as per Tex. R. Civ. P. 165a, for **THURSDAY, OCTOBER 31, 2013,** at 1:30 p.m. in the 193ʳᵈ District Court Courtroom.

1.  If no Defendant has been served as evidenced by no return of citation having been filed with the court on or before the Dismissal Hearing, the case is subject to being dismissed at the Dismissal Hearing;

2.  If service has been made on a Defendant, but no answer has been filed (and any such answer is past due before the Dismissal Hearing Date), you must obtain a default judgment on or before the Dismissal Hearing, or the case is subject to being dismissed at the Dismissal Hearing. You are encouraged to submit requests for default by submission with affidavit.

3.  If service on at least one Defendant has been made and the citation has been returned to the Court before the Dismissal Hearing, but the time to file an answer has not yet expired, then the Dismissal Hearing is hereby reset for the Friday four weeks following the initial date of the Dismissal Hearing (*i.e.* the date listed above). (If this Friday falls on a holiday, the Dismissal Hearing is reset to the next Friday that is not a holiday.) No further dismissal notice will be sent, and you are expected to obtain a default judgment before the reset date of the Dismissal Hearing, or the case is subject to being dismissed.

4.  If an answer is filed on or before the Dismissal Hearing, the case will be referred to the Court Coordinator to be set for trial, if not already set.

SIGNED this July 22, 2013

*Carl Ginsberg*

_____
The Honorable Carl Ginsberg
193ʳᵈ Judicial District Court

# EXHIBIT C-6



DC-13-07666

| RUTH CLAYTON | IN THE DISTRICT COURT |
|---|---|
| vs. | 193RD JUDICIAL DISTRICT |
| WATTS WATER TECHNOLOGIES | DALLAS COUNTY TEXAS |

## NOTICE OF INITIAL DISMISSAL HEARING

Counsel or Pro Se Plaintiff:

This case is set for a hearing on the Initial Dismissal Docket, as per Tex. R. Civ. P. 165a, for **THURSDAY, OCTOBER 31, 2013,** at 1:30 p.m. in the 193rd District Court Courtroom.

1.    If no Defendant has been served as evidenced by no return of citation having been filed with the court on or before the Dismissal Hearing, the case is subject to being dismissed at the Dismissal Hearing;

2.    If service has been made on a Defendant, but no answer has been filed (and any such answer is past due before the Dismissal Hearing Date), you must obtain a default judgment on or before the Dismissal Hearing, or the case is subject to being dismissed at the Dismissal Hearing.  You are encouraged to submit requests for default by submission with affidavit.

3.    If service on at least one Defendant has been made and the citation has been returned to the Court before the Dismissal Hearing, but the time to file an answer has not yet expired, then the Dismissal Hearing is hereby reset for the Friday four weeks following the initial date of the Dismissal Hearing (*i.e.* the date listed above).  (If this Friday falls on a holiday, the Dismissal Hearing is reset to the next Friday that is not a holiday.)  No further dismissal notice will be sent, and you are expected to obtain a default judgment before the reset date of the Dismissal Hearing, or the case is subject to being dismissed.

4.    If an answer is filed on or before the Dismissal Hearing, the case will be referred to the Court Coordinator to be set for trial, if not already set.

SIGNED this July 22, 2013

*Carl Ginsberg*

_____

The Honorable Carl Ginsberg
193rd Judicial District Court

# EXHIBIT C-7



DC-13-07666
NOT
NOTICE OF HEARING / FIAT
183708



## DC-13-07666

| RUTH CLAYTON | IN THE DISTRICT COURT |
|---|---|
| vs. | 193RD JUDICIAL DISTRICT |
| WATTS WATER TECHNOLOGIES | DALLAS COUNTY TEXAS |

## NOTICE OF INITIAL DISMISSAL HEARING

Counsel or Pro Se Plaintiff:

This case is set for a hearing on the Initial Dismissal Docket, as per Tex. R. Civ. P. 165a, for **THURSDAY, OCTOBER 31, 2013,** at 1:30 p.m. in the 193rd District Court Courtroom.

1.  If no Defendant has been served as evidenced by no return of citation having been filed with the court on or before the Dismissal Hearing, the case is subject to being dismissed at the Dismissal Hearing;

2.  If service has been made on a Defendant, but no answer has been filed (and any such answer is past due before the Dismissal Hearing Date), you must obtain a default judgment on or before the Dismissal Hearing, or the case is subject to being dismissed at the Dismissal Hearing. You are encouraged to submit requests for default by submission with affidavit.

3.  If service on at least one Defendant has been made and the citation has been returned to the Court before the Dismissal Hearing, but the time to file an answer has not yet expired, then the Dismissal Hearing is hereby reset for the Friday four weeks following the initial date of the Dismissal Hearing (*i.e.* the date listed above). (If this Friday falls on a holiday, the Dismissal Hearing is reset to the next Friday that is not a holiday.) No further dismissal notice will be sent, and you are expected to obtain a default judgment before the reset date of the Dismissal Hearing, or the case is subject to being dismissed.

4.  If an answer is filed on or before the Dismissal Hearing, the case will be referred to the Court Coordinator to be set for trial, if not already set.

SIGNED this July 22, 2013

*Carl Ginsberg*

The Honorable Carl Ginsberg
193rd Judicial District Court

# EXHIBIT C-8

# FORM NO. 353-3 – CITATION
# THE STATE OF TEXAS

To:

**WATTS WATER TECHNOLOGIES**
SERVING ITS PRESIDENT SRINIVAS K BAGPALLI
815 CHESTNUT DRIVE ESSEX COUNTY MASSACHUSETTS 01845

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **193rd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RUTH M CLAYTON**

Filed in said Court **11th day of July, 2013** against

**WATTS WATER TECHNOLOGIES**

For Suit, said suit being numbered **DC-13-07666**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 15th day of July, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
     ANITA FREENEY



FILED
SEP 2 6 2013
GARY FITZSIMMONS
DIST. CLERK DALLAS CO. TEXAS
_____ DEPUTY

---

FEES NOT PAID





**ATTY**

# CITATION

## DC-13-07666

**RUTH M CLAYTON**
vs.
**WATTS WATER TECHNOLOGIES**

ISSUED THIS
**15th day of July, 2013**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ANITA FREENEY, Deputy

**Attorney for Plaintiff**
DONALD E HOOD
6440 N CENTRAL EXPRESSWAY
SUITE 200
DALLAS TX 75206
214-691-7760

# OFFICER'S RETURN

Case No.: DC-13-07666

Court No.193rd District Court

Style: RUTH M CLAYTON

vs.

WATTS WATER TECHNOLOGIES

Came to hand on the _____ day of _____, 20____ _____ o'clock ____M. Executed at _____

within the County of _____ at _____ day of _____

20_____, by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

**SEE ATTACHED AFFIDAVIT**

For serving Citation      $ _____

For mileage            $ _____            _____ of _____ County. _____

For Notary            $ _____            By. _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

Affidavit of Service (personal or corporate)                                                    Page 1 of 1

IN THE 193RD DISTRICT COURT OF DALLAS COUNTY, TEXAS

| | |
|---|---|
| **RUTH M CLAYTON** | Hearing Date: |
| Plaintiff/Petitioner | CASE NO:<br>**DC-13-07666** |
| vs. | |
| | AFFIDAVIT OF SERVICE OF: |
| **WATTS WATER TECHNOLOGIES** | **PLAINTIFF'S ORIGINAL PETITION AND**<br>**REQUEST FOR DISCLOSURE; CITATION** |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the 18th day of September, 2013, at 6:00 o'clock P .M.

On the **19th day of September, 2013, at 9:20 AM**, at the address of **155 FEDERAL Street STE 700, BOSTON, Suffolk** County, **MA 02110, USA**; this affiant served the above described documents upon **WATTS WATER TECHNOLOGIES** by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with **GAIL BROWN, CORPORATE OPERATIONS SPECIALIST FOR CT CORPORATION SYSTEMS, REGISTERED AGENT, A white female approx. 40-45 years of age 5'2"-5'4" in height weighing 160-180 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 19th day of September, 2013

_____

**Michael Noble, MA**

Service Fee Total: **$85.00**

SUBSCRIBED AND SWORN to before me this 19 day of September, 20 13

_____
NOTARY PUBLIC in and for the State of **Massachusetts**
Residing at: BOSTON, MA
My Commission Expires: Feb 1, 2019

FOR: **Dickman Law Offices, P.C.**        ORIGINAL AFFIDAVIT OF
REF: **43-083L-207**                               SERVICE

Tracking #: **7776192 DAL FIL**

**MARIA MCINTIRE**
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 1, 2019

# EXHIBIT C-9



DC-13-07666
ANS
ORIGINAL ANSWER – GENERAL DENIAL
306135

**CAUSE NO. DC-13-07666**

| | | |
|---|---|---|
| RUTH M. CLAYTON | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | 193rd JUDICIAL DISTRICT |
| | § | |
| WATTS WATER TECHNOLOGIES | § | |
| | § | |
| **Defendant** | § | DALLAS COUNTY, TEXAS |

### WATTS WATER TECHNOLOGIES, INC.'S ANSWER TO
### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

 **COMES NOW,** Defendant Watts Water Technologies, Inc. (incorrectly named by Plaintiff as "Watts Water Technologies") and files this its Original Answer to Plaintiff's Original Petition and any amendments thereto, and in support thereof would show the Court the following:

### I.
### GENERAL DENIAL

 Defendant generally denies each and every allegation contained in Plaintiff's Original Petition and any amendments thereto, pursuant to Tex. R. Civ. P. 92 and demand strict proof thereof.

 **WHEREFORE, PREMISES CONSIDERED,** Defendant Watts Water Technologies, Inc. prays that Plaintiff recover nothing by way of its suit against Defendant. Defendant further prays that it recover all costs of Court incurred in the defense of this matter. Defendant further prays for such other and further relief, both at law and in equity, to which it may show itself justly entitled.

**WATTS WATER TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION – Page 1**

Respectfully submitted,

**Hermes Sargent Bates, LLP**

By: _____

GINA VICCINELLI
State Bar No. 24013685

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: 214.749.6000
Telecopier: 214.749.6100

*Counsel for Watts Water Technologies, Inc.*


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded to counsel as follows: via facsimile on this 4th day of October, 2013:


*Via Facsimile: 214-691-7767*
Daniel J. Peters
Jessica R. Lobes
Donald E. Hood
Dale A. Dickman
Dickman Law Offices, PLLC
6440 North Central Expressway
Suite 200
Dallas, TX 75206

_____

Gina Viccinelli
*Counsel for Watts Water Technologies, Inc.*

# EXHIBIT C-10



HERMES SARGENT BATES LLP

*Minds over matters.*™



**Gina Viccinelli**
direct dial - 214.749.6544
direct fax - 214.749.6344
gina.viccinelli@hsblaw.com

October 4, 2013

*Via Courier*
Gary Fitzsimmons
Dallas County District Clerk
600 Commerce St., Suite 103
Dallas, TX 75202

RE:   Cause No. DC-13-07666; *Ruth M. Clayton v v Watts Water Technologies;*
      pending in the 193rd District Court, Dallas County, Texas.
      Our File No. 674.189

Dear Clerk:

Enclosed please find an original and one copy of *Defendant Watts Water Technologies, Inc.'s Original Answer to Plaintiff's Original Petition* in regard to the above-referenced matter. Please file the original and return a file-stamped copy to the courier delivering same.

By copy of this letter, all counsel of record is being provided with a true and correct copy of the enclosed pleading.

Thank you for your assistance. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Gina Viccinelli

GV/kdt
Enclosures

cc:   (w/enclosure)
      *Via facsimile: 214-691-7767*
      Daniel J. Peters / Jessica R. Lobes
      Donald E. Hood / Dale A. Dickman
      Dickman Law Offices, PLLC
      6440 North Central Expressway
      Suite 200
      Dallas, TX 75206